DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARY LECONTE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0685

[September 25, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 502021CF008946A.

Daniel Eisinger, Public Defender, and Siobhan Helene Shea, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Pablo Tapia, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN and LEVINE, JJ., and SHEPHERD, CAROLINE, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***